**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7266**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ROY LEE DYKES,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:18-cr-00003-JPJ-PMS-1)

---

Submitted:  January 17, 2023                    Decided:  January 20, 2023

---

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Roy Lee Dykes, Appellant Pro Se.  Martha Suzanne Kerney-Quillen, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Lee Dykes appeals the district court's order denying his motions for a new trial under Fed. R. Crim. P. 33 and to conduct related discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm the court's order. *United States v. Dykes*, No. 2:18-cr-00003-JPJ-PMS-1 (W.D. Va. Oct. 20, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*